## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNE BLOCK** | : | |
| | : | **CIVIL ACTION NO. 3:18-981** |
| **Plaintiff** | : | |
| | : | **(MANNION, D.J.)** |
| **v.** | : | **(CARLSON, M.J.)** |
| | : | |
| **WASHINGTON STATE BAR** | : | |
| **ASSOCIATION,** *et al.* | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) the plaintiff's objections to Judge Carlson's Report and Recommendation, (Doc. 3), are **OVERRULED**;

(2) the Report and Recommendation of Judge Carlson, (Doc. 2), is **ADOPTED IN ITS ENTIRETY**;

(3) the Clerk of Court is directed to **TRANSFER** the above-captioned case to the United States District Court for the Western District of Washington; and

(4) the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 20, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-981-01-Order.docx